**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lauren M. Herring | Bankruptcy No. 19-16298-mdc |
| Debtor | Chapter 7 |

**ORDER**

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until November 11, 2019 to file the missing documents.

October 23, 2019

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge