# EARNINGS STATEMENT

| Company Name: County of Berks |
|---|
| Company Address: 633 Court Street |

| Employee Name: Lauren Herring | Check No. 708115<br>Check Date 10/01/2019 |
|---|---|
| Address: 450 Wisteria Avenue, Reading, PA, 19606 | Employee No.: 8368<br>Pay Period: 09/04 to 09/17/19 |

| EARNINGS | | | | | DEDUCTIONS | | | MISC INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESC | HOURS | RATE | CURRENT | Y-T-D | DESC | CURRENT | Y-T-D | DESC | CURRENT | Y-T-D |
| FMLA - Hol used | | | | 173.15 | Pretax: | | | Accruals | | |
| FMLA - Sick used | | | | 1,842.82 | Pension 5% | 74.21 | 1,355.31 | Personal Time | | |
| New Years Day | | | | 173.15 | Pretax PPO Twin | 77.52 | 1,548.14 | Sick Time | | |
| MLK Birthday | | | | 173.15 | Pretax - Parking | 58.00 | 580.00 | Vacation Accrual | | |
| Good Fri / Easter | | | | 173.15 | Total: | 209.73 | 3,483.45 | Total: | | |
| Memorial Day | | | | 173.15 | Post Tax: | | | | | |
| July 4th Hol | | | | 173.15 | Union Dues | 22.26 | 406.58 | | | |
| Labor Day | | | | 173.15 | PA LST Tax | 2.00 | 36.00 | | | |
| Misc | | | | 185.52 | | | | | | |
| Personal | | | | 173.15 | Total: | 24.26 | 442.58 | | | |
| Reg Hours | 60.00 | 24.7400 | 1,484.12 | 20,860.59 | | | | | | |
| Sick Hours | | | | 235.00 | | | | | | |
| Vac Hours | | | | 2,597.20 | | | | | | |

| Total Pays: | | |
|---|---|---|

| TAXES | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| Federal Inc Tax | 108.57 | 2,074.19 | Direct Deposit | |
| Soc Security Tax | 83.62 | 1,548.65 | Direct Deposit - NET | 976.03 |
| Medicare Tax | 19.55 | 362.18 | | |



# EARNINGS STATEMENT

| Company Name: County of Berks |
|---|
| Company Address: 633 Court Street |

| Employee Name: Lauren Herring | Check No. 706129<br>Check Date 09/17/2019 |
|---|---|
| Address: 450 Wisteria Avenue, Reading, PA, 19606 | Employee No.: 8368<br>Pay Period: 08/21 to 09/03/19 |

| EARNINGS | | | | | DEDUCTIONS | | | MISC INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESC | HOURS | RATE | CURRENT | Y-T-D | DESC | CURRENT | Y-T-D | DESC | CURRENT | Y-T-D |
| FMLA - Hol used | | | | 173.15 | Pretax: | | | Accruals | | |
| FMLA - Sick used | | | | 1,842.82 | Pension 5% | 73.59 | 1,281.10 | Personal Time | | |
| New Years Day | | | | 173.15 | Pretax PPO Twin | 77.52 | 1,470.62 | Sick Time | | |
| MLK Birthday | | | | 173.15 | Pretax - Parking | | 522.00 | Vacation Accrual | | |
| Good Fri / Easter | | | | 173.15 | Total: | 151.11 | 3,273.72 | Total: | | |
| Memorial Day | | | | 173.15 | Post Tax: | | | | | |
| July 4th Hol | | | | 173.15 | Union Dues | 22.08 | 384.32 | | | |
| Labor Day | 7.00 | 24.7400 | 173.15 | 173.15 | PA LST Tax | 2.00 | 34.00 | | | |
| Misc | | | | 185.52 | Total: | 24.08 | 418.32 | | | |
| Personal | | | | 173.15 | | | | | | |
| Reg Hours | 52.50 | 24.7400 | 1,298.62 | 19,376.47 | | | | | | |
| Sick Hours | | | | 235.00 | | | | | | |
| Vac Hours | | | | 2,597.20 | | | | | | |

| Total Pays: | | |
|---|---|---|

| TAXES | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| Federal Inc Tax | 114.12 | 1,965.62 | Direct Deposit | |
| Soc Security Tax | 86.44 | 1,465.03 | Direct Deposit - NET | 1,014.00 |
| Medicare Tax | 20.22 | 342.63 | | |



# EARNINGS STATEMENT

| Company Name: County of Berks |||||
|---|---|---|---|---|
| Company Address: 633 Court Street |||||
| Employee Name: Lauren Herring ||| Check No. 704145<br>Check Date 09/03/2019 ||
| Address: 450 Wisteria Avenue, Reading, PA, 19606 ||| Employee No.: 8368<br>Pay Period: 08/07 to 08/20/19 ||

| EARNINGS |||||  DEDUCTIONS ||| MISC INFORMATION |||
|---|---|---|---|---|---|---|---|---|---|---|
| DESC | HOURS | RATE | CURRENT | Y-T-D | DESC | CURRENT | Y-T-D | DESC | CURRENT | Y-T-D |
| FMLA - Hol used | | | | 173.15 | Pretax: | | | Accruals | | |
| FMLA - Sick used | | | | 1,842.82 | Pension 5% | 86.27 | 1,207.51 | Personal Time | | |
| New Years Day | | | | 173.15 | Pretax PPO Twin | 77.52 | 1,393.10 | Sick Time | | |
| MLK Birthday | | | | 173.15 | Pretax - Parking | 58.00 | 522.00 | Vacation Accrual | | |
| Good Fri / Easter | | | | 173.15 | Total: | 221.79 | 3,122.61 | Total: | | |
| Memorial Day | | | | 173.15 | Post Tax: | | | | | |
| July 4th Hol | | | | 173.15 | Union Dues | 25.88 | 362.24 | | | |
| Misc | | | | 185.52 | PA LST Tax | 2.00 | 32.00 | | | |
| Personal | | | | 173.15 | Total: | 27.88 | 394.24 | | | |
| Reg Hours | 69.75 | 24.7400 | 1,725.31 | 18,077.85 | | | | | | |
| Sick Hours | | | | 235.00 | | | | | | |
| Vac Hours | | | | 2,597.20 | | | | | | |

| Total Pays: ||||
|---|---|---|---|
| TAXES ||| NET PAY DISTRIBUTION |
| Federal Inc Tax | 136.06 | 1,851.50 | Direct Deposit |
| Soc Security Tax | 98.57 | 1,378.59 | Direct Deposit - NET        1,144.92 |
| Medicare Tax | 23.05 | 322.41 | |
| State Inc Tax | 50.59 | 698.64 | |
| | 1.03 | 14.49 | |



# EARNINGS STATEMENT

| Company Name: County of Berks |||||
|---|---|---|---|---|
| Company Address: 633 Court Street |||||
| Employee Name: Lauren Herring | | | Check No. 702151<br>Check Date 08/20/2019 ||
| Address: 450 Wisteria Avenue, Reading, PA, 19606 | | | Employee No.: 8368<br>Pay Period: 07/24 to 08/06/19 ||

| EARNINGS |||||| DEDUCTIONS ||| MISC INFORMATION |||
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESC | HOURS | RATE | CURRENT | Y-T-D || DESC | CURRENT | Y-T-D | DESC | CURRENT | Y-T-D |
| FMLA - Hol used | | | | 173.15 || Pretax: | | | Accruals | | |
| FMLA - Sick used | | | | 1,842.82 || Pension 5% | 74.83 | 1,121.24 | Personal Time | | |
| New Years Day | | | | 173.15 || Pretax PPO Twin | 92.56 | 1,315.58 | Sick Time | | |
| MLK Birthday | | | | 173.15 || Pretax - Parking | | 464.00 | Vacation Accrual | | |
| Good Fri / Easter | | | | 173.15 || Total: | 167.39 | 2,900.82 | Total: | | |
| Memorial Day | | | | 173.15 || Post Tax: | | | | | |
| July 4th Hol | | | | 173.15 || Union Dues | 22.45 | 336.36 | | | |
| Misc | | | | 185.52 || PA LST Tax | 2.00 | 30.00 | | | |
| Personal | | | | 173.15 || Total: | 24.45 | 366.36 | | | |
| Reg Hours | 60.00 | 24.7400 | 1,484.14 | 16,352.54 || | | | | | |
| Sick Hours | | | | 235.00 || | | | | | |
| Vac Hours | 0.50 | 24.7400 | 12.37 | 2,597.20 || | | | | | |

| Total Pays: |||
|---|---|---|
| TAXES ||| NET PAY DISTRIBUTION ||
| Federal Inc Tax | 115.13 | 1,715.44 | Direct Deposit | |
| Soc Security Tax | 87.04 | 1,280.02 | Direct Deposit - NET | 1,019.89 |
| Medicare Tax | 20.36 | 299.36 | | |
| State Inc Tax | 43.10 | 648.05 | | |
| | 0.90 | 13.46 | | |

| | | | |
|---|---|---|---|
| State Unempl Ins | | | |
| COMM | 4.21 | 63.32 | |
| RDG | 14.04 | 211.10 | |
| Total Taxes: | 284.78 | 4,230.75 | Total Current Net Pay: 1,019.89 |

| | Gross Pay | Pre-Tax Deductions | Gross Less Pre-Tax | Less Taxes | Post-Tax Deductions | Less Non-Cash Gross | Other | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current: | 1496.51 | 167.39 | 1,329.12 | 284.78 | 24.45 | | | 1,019.89 |
| Y-T-D: | 22425.13 | 2,900.82 | 19,524.31 | 4,230.75 | 366.36 | | | 14,927.20 |